# EXHIBIT A

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

BAY STATE PAIN ASSOCIATES, P.C. )
660 Washington Street, #21E )
Boston, Massachusetts 02111 )
)
    Plaintiff, )
)
v. )
)
AMERICAN SPINE CENTER, LLC )
141 Thomas Johnson Drive )
Frederick, Maryland 21702 )
)
and )
)
AMERICAN SPINE MANAGEMENT, LLC )
203 Broadway Street )
Frederick, Maryland 21701 )
)
and )
)
AMERICAN SPINE SURGERY )
CENTER, LLC )
203 Broadway Street )
Frederick, Maryland 21701 )
)
    Defendants. )
_____ )

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO:
**14-2050** E

JURY TRIAL DEMANDED



RECEIVED
JUN 2 5 2014
SUPERIOR COURT - CIVIL
MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE

## COMPLAINT

    **COMES NOW**, Plaintiff, **BAY STATE PAIN ASSOCIATES, P.C.**, by and through its undersigned attorneys and hereby files its Complaint for Breach of Contract, Conversion, Fraud and Unjust Enrichment against the Defendants **AMERICAN SPINE CENTER, LLC, AMERICAN SPINE MANAGEMENT, LLC,** and **AMERICAN SPINE SURGERY CENTER, LLC** and alleges as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over the Defendants as Defendants transact business within the Commonwealth, contract to supply things in the Commonwealth, and caused a tortuous injury within the Commonwealth.

2. Venue is proper as all parties are corporations and the Plaintiff's usual place of business is within the territorial jurisdiction of Boston, Massachusetts.

3. This Court has subject matter jurisdiction over this matter as the amount in controversy in this case exceeds $25,000.00.

## PARTIES

1. Plaintiff BAY STATE PAIN ASSOCIATES, P.C. is a Massachusetts Corporation incorporated in and under the laws of the State of Massachusetts, has its principal office located at in the Boston, and carries on regular business in the Boston, and is *sui juris* in all respects.

2. Defendant AMERICAN SPINE CENTER, LLC is a Maryland Corporation incorporated in and under the laws of the State of Maryland who transacts business within the Commonwealth, contracts to supply things in the Commonwealth, and caused a tortuous injury within the Commonwealth, and is *sui juris* in all respects.

3. Defendant AMERICAN SPINE MANAGEMENT, LLC is a Maryland Corporation incorporated in and under the laws of the State of Maryland who transacts business within the Commonwealth, contracts to supply things in the Commonwealth, and caused a tortuous injury within the Commonwealth, and is *sui juris* in all respects.

4. Defendant AMERICAN SPINE SURGERY CENTER, LLC is a Maryland Corporation incorporated in and under the laws of the State of Maryland who transacts business within the Commonwealth, contracts to supply things in the Commonwealth, and caused a tortuous injury within the Commonwealth, and is *sui juris* in all respects.

5. Defendants AMERICAN SPINE CENTER, LLC, AMERICAN SPINE MANAGEMENT, LLC, AMERICAN SPINE MANAGEMENT, LLC, are in reality one and the same corporation. Defendants have the same corporate officers, the same principal place of business, and were incorporated as such to avoid their creditors.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

6. Plaintiff BAY STATE PAIN ASSOCIATES, P.C. paid the Defendants a total of $148,750.00 in exchange for several "Endoscopic Discectomy Sets" during April and May of 2010.

7. Pursuant to the terms of the agreement between the parties, the "Endoscopic Discectomy Sets" were to be delivered to the Plaintiff within 6 – 9 months after the last payment was made.

8. Defendants accepted payment for the "Endoscopic Discectomy Sets"; however despite several demands have failed to deliver the equipment or return the Plaintiff's money.

9. Defendants induced Plaintiff to purchase the "Endoscopic Discectomy Sets" knowing that they were not going to deliver the items purchased.

10. In fact, every time Plaintiff inquired about the delivery date, Defendants intentionally mislead the Plaintiff into believing that the "Endoscopic Discectomy Sets" would be delivered, but additional time was necessary for the products to be delieved.

11. But for the Defendants intentional misrepresentations, Plaintiff would have never agreed to purchase the "Endoscopic Discectomy Sets" and send the Defendants $148,750.00.

## COUNT I – BRACH OF ORAL CONTRACT

12. Plaintiff re-alleges and re-incorporates allegations one (1) through fourteen (14) above.

13. Defendants offered to sell the Plaintiff several "Endoscopic Discectomy Sets."

14. Plaintiff accepted the Defendants' offer and paid the Defendants a total of $148,750.00 during April and May of 2010 in exchange for several "Endoscopic Discectomy Sets".

15. Pursuant to the terms of the agreement between the parties, the "Endoscopic Discectomy Sets" were to be delivered to the Plaintiff within 6 – 9 months after the last payment was made.

16. Defendants accepted payment for the "Endoscopic Discectomy Sets"; however despite several demands have failed to deliver the equipment or return the Plaintiff's money.

17. As a result of the Defendants' breach, the Plaintiff has suffered damages in the amount of $148,750.00 plus interest.

WHEREFORE, Plaintiff BAY STATE PAIN ASSOCIATES, P.C. demands judgment against the Defendants AMERICAN SPINE CENTER, LLC, AMERICAN SPINE MANAGEMENT, LLC, and AMERICAN SPINE SURGERY CENTER, LLC for the sum of $148,750.00 together with pre and post judgment interest, court costs, reasonable attorneys' fees, and all other relief deemed appropriate.

## COUNT II - CONVERSION

18. Plaintiff re-alleges and re-incorporates allegations one (1) through fourteen (14) above.

19. Plaintiff paid the Defendants a total of $148,750.00 during April and May of 2010 in exchange for several "Endoscopic Discectomy Sets".

20. Defendants induced the Plaintiff to pay the above mentioned $148,750.00 with the intent on converting the funds.

21. After payment was made Defendants refused to deliver the required "Endoscopic Discectomy Sets" and instead retained possession of the Plaintiff's $148,750.00.

22. Defendants accepted Plaintiff's payment knowing that it was not going to deliver the equipment or return the Plaintiff's money.

23. Defendants' dominion and exercise of control over the Plaintiff's money is inconsistent with the Plaintiff's rights and has caused the Plaintiff damage.

WHEREFORE, Plaintiff BAY STATE PAIN ASSOCIATES, P.C. demands judgment against the Defendants AMERICAN SPINE CENTER, LLC, AMERICAN SPINE MANAGEMENT, LLC, and AMERICAN SPINE SURGERY CENTER, LLC for the sum of $148,750.00 together with pre and post judgment interest, court costs, reasonable attorneys' fees, and all other relief deemed appropriate.

## COUNT III - FRAUD

24. Plaintiff re-alleges and re-incorporates allegations one (1) through fourteen (14) above.

25. Plaintiff paid the Defendants a total of $148,750.00 during April and May of 2010 in exchange for several "Endoscopic Discectomy Sets".

26. Defendants induced the Plaintiff to pay the above mentioned $148,750.00 with the intent on converting the funds.

27. After payment was made Defendants refused to deliver the required "Endoscopic Discectomy Sets" and instead retained possession of the Plaintiff's $148,750.00.

28. Defendants accepted Plaintiff's payment knowing that it was not going to deliver the equipment or return the Plaintiff's money.

29. As a result of the Defendants' intentional misrepresentations and fraudulent acts the Plaintiff has been harmed.

WHEREFORE, Plaintiff BAY STATE PAIN ASSOCIATES, P.C. demands judgment against the Defendants AMERICAN SPINE CENTER, LLC, AMERICAN SPINE MANAGEMENT, LLC, and AMERICAN SPINE SURGERY CENTER, LLC for the sum of $148,750.00 together with pre and post judgment interest, court costs, reasonable attorneys' fees, and all other relief deemed appropriate.

## COUNT IV – UNJUST ENRICHMENT

30. Plaintiff re-alleges and re-incorporates allegations one (1) through fourteen (14) above.

31. The benefit of receiving $148,750.00 has been conferred on the Defendants.

32. The Defendants knowingly and voluntarily accepted and retained the benefit conferred without tendering anything in return for the benefit.

33. The circumstances are such that it would be inequitable for Defendants to retain the benefit without conferring anything of equal or greater value thereof to the Plaintiff.

WHEREFORE, Plaintiff BAY STATE PAIN ASSOCIATES, P.C. demands judgment against the Defendants AMERICAN SPINE CENTER, LLC, AMERICAN SPINE MANAGEMENT, LLC, and AMERICAN SPINE SURGERY CENTER, LLC for the sum of $148,750.00 together with pre and post judgment interest, court costs, reasonable attorneys' fees, and all other relief deemed appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by Jury for all issues so triable.

Respectfully Submitted on this 25 day of June, 2014 by:

        LANCE LAW LLC
        185 Devonshire Street – Suite 302
        Boston, MA 02110
        Telephone: (617) 426 – 5657
        Facsimile: (617) 426 - 5422

By: _____
       Andrea Lance
       Massachusetts Bar No.: